UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-79-CRS

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.

ISHIA REYES                                                                                                        DEFENDANT

**MEMORANDUM OPINION & ORDER**

This matter is before the Court on the motion of Defendant Ishia Reyes ("I. Reyes") requesting that the Court "grant him a fast and speedy trial." Motion, DN 128. Specifically, I. Reyes "requests adherence to his rights under the Speedy Trial Act." *Id.* In support of this request, I. Reyes emphasizes that he has been held in pre-trial custody since his arrest on August 4, 2022, and that he "has had his objections to the Magistrate's recommended ruling on his motion to suppress pending since November 8, 2024." *Id.*; *see* Objections, DN 121.

The Speedy Trial Act ("STA") provides that "the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." 18 U.S.C. § 3161(c). However, § 3161(h)(7) of the STA allows a Court to grant a continuance "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Such a continuance may be warranted when "the case is so unusual or so complex . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." 18 U.S.C. § 3161(h)(7)(B)(ii). The Court declared this matter complex, DN 54 thus removing it from the hard-and-fast seventy-day time constraint of 18

U.S.C. § 3161(c). I. Reyes agreed to this designation. *Id.*; Notice of No Objection, DN 53. Accordingly, the STA does not require that the Court set a trial date at this time.

Therefore, motion having been made and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant Ishia Reyes's Motion for Speedy Trial (DN 128) is **DENIED**.

March 25, 2025

Charles R. Simpson III, Senior Judge
United States District Court